

PETER KMETO
Attorney at Law
State Bar #78827
1001 G Street, Suite 205
Sacramento, CA 95814
(916)444-7420; FAX: (916) 914-2357
email: pkmeto@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0142-JAM |
|---|---|
| Plaintiff, | STIPULATION AND PROPOSED ORDER MODIFYING CONDITIONS OF RELEASE |
| vs. | |
| ISAIAH ELIJAH COLE, | |
| Defendant. | |

Defendant: ISAIAH ELIJAH COLE, through his attorney, PETER KMETO, and the United States of America, through its counsel of record, TIMOTHY H. DELGADO, stipulate and agree to the following:

1. That while under Pretrial Release conditions ordered by the Hon. ALLISON CLAIRE, on July 18, 2018, Defendant has demonstrated the need for a more structured approach to combating his drug addiction.

2. That the Special Conditions of Release ordered by the Hon. ALLISON CLAIRE, on July 18, 2018 be modified with the addition of the following conditions:

    a. Defendant, ISAIAH ELIJAH COLE, must participate in the substance

1

abuse treatment program at Wellspace inpatient facility as directed by Pretrial Services, and comply with all the rules and regulations of the program. He must remain at the inpatient facility until released by the pretrial services officer;

    b. A responsible party, approved by Pretrial Services, must escort him to all required court hearings and escort you back to the inpatient facility upon completion of the hearing;

IT IS SO STIPULATED.

Dated: March 19, 2019    /s/ TIMOTHY H. DELGADO
Assistant US Attorney
for the Government

Dated: March 19, 2019    /s/ PETER KMETO
Attorney for Defendant
ISAIAH ELIJAH COLE

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of the two parties IT IS ORDERED that Defendant, ISAIAH ELIJAH COLE's, Special Conditions of Release ordered by the Hon. ALLISON CLAIRE, on July 18, 2018, be modified with the addition of the following conditions:

    a. Defendant, ISAIAH ELIJAH COLE, must participate in the substance abuse treatment program at Wellspace inpatient facility as directed by Pretrial Services, and comply with all the rules and regulations of the program. He must

remain at the inpatient facility until released by the pretrial services officer;

    b. A responsible party, approved by Pretrial Services, must escort him to all required court hearings and escort you back to the inpatient facility upon completion of the hearing.

Dated: March 20, 2019

Signed: /s/
Hon. DEBORAH BARNES
UNITED STATES
MAGISTRATE JUDGE