HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
DEAN O. YOUNG JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-00142-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER** |
| vs. | ) **TO CONTINUE STATUS CONFERENCE** |
| DEAN O. YOUNG, JR. et al, | ) Date: December 15, 2020 |
| Defendant. | ) Time: 9:30 a.m. |
|  | ) Judge: Hon. John A. Mendez |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Ross Pearson, Attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, Attorney for Defendant Dean O. Young, Jr., **that, as to Defendant Dean Young only, the Status Conference scheduled for December 15, 2020 may be continued to February 9, 2021 at 9:30 a.m.**

The parties specifically stipulate as follows:

1. By previous order, this matter was set for a status on December 15, 2020.

2. By stipulation, Mr. Young now moves to continue the status conference to February 9, 2020 at 9:30 a.m.

3. The defense has relayed that it is seeking the requested continuance to provide defense counsel additional time to review forthcoming forensic evidence and consult with Mr. Young regarding the contents of his cellular phone. Defense counsel also requires additional time to: engage in plea negotiations, continue the factual investigation, review discovery, and

1 conduct necessary legal research to determine an appropriate resolution in this matter.

2     4.    Since the last hearing, the United States has extended a plea offer to Mr. Young that would resolve this case as well as potential charges in other districts. Defense counsel needs additional time to review the plea offer in detail with Mr. Young, discuss its requirements, and finalize the plea. The COVID-19 pandemic, which has prevented defense counsel from meeting with his client in person, has made it more difficult to be able to discuss the plea with Mr. Young. In addition, if Mr. Young does not accept the plea, counsel for Mr. Young would need the additional time to investigate defenses, conduct research, prepare filings, and generally prepare for trial.

    5.    The government does not object to the continuance.

    6.    Based upon the foregoing, the parties further stipulate that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, the time between December 15, 2020 and February 9, 2021 (inclusive) should be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request based upon a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Young in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS  
Federal Defender

Date: December 11, 2020

*/s/ Jerome Price*  
JEROME PRICE  
Assistant Federal Defender  
Attorney for Defendant  
DEAN O. YOUNG JR.

Date: December 11, 2020

McGREGOR W. SCOTT  
United States Attorney

*/s/ Ross Pearson*  
ROSS PEARSON  
Assistant U.S. Attorney  
Attorney for Plaintiff

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

DATED: December 11, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE