PHILLIP A. TALBERT
Acting United States Attorney
ROSS PEARSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>DEAN ORLANDO YOUNG,<br><br>                    Defendant. | CASE NO. 2:18-CR-00142-JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: August 3, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 3, 2021.

2. By this stipulation, the parties now move to continue the status conference until August 17, 2021, and to exclude time between August 3, 2021, and August 17, 2021, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes 219 pages of reports and memoranda, 445 photos, and a litany of audio and video recordings. In addition, since the last status conference in this case the government has produced an additional forensic report and phone extraction of the defendant's phone. All of this

discovery has been either produced directly to counsel and/or made available for inspection and copying.

       b)      Counsel for defendant desires additional time to review the new discovery materials, as well as the items already produced, discuss them with their clients, conduct research into any potential suppression issues or motions to dismiss, conduct additional investigation, and prepare for trial.  The parties have also engaged in plea discussions and are optimistic that they will be able to resolve this case without a trial.  The United States has previously extended a plea offer to Young, which would resolve potential charges in another district as well as charges in this case.  Since the last continuance in this matter, the parties have reached an agreement in principle, but counsel for Young still needs additional time to investigate and finalize one additional aspect of the plea. The parties anticipate that they will be able to convert the next status conference to a change of plea hearing.

       c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

       d)      The government does not object to the continuance.

       e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 3, 2021 to August 17, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

IT IS SO STIPULATED.

Dated: July 29, 2021                                       PHILLIP A. TALBERT
                                                                  Acting United States Attorney

                                                                  /s/ ROSS PEARSON
                                                                  ROSS PEARSON
                                                                  Assistant United States Attorney


Dated: July 29, 2021                                       */s/ Jerome Price*
                                                                 JEROME PRICE
                                                                 Counsel for Defendant
                                                                 DEAN ORLANDO YOUNG
                                                                (Authorized by email on July 29, 2021)


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 29th day of July, 2021.

                                                                 /s/ John A. Mendez
                                                                  THE HONORABLE JOHN A. MENDEZ
                                                                  UNITED STATES DISTRICT COURT JUDGE